UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRIGETTE D. BARFIELD )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 5:17-CV-314-FL
         )
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 26, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,850.00.

**This Judgment Filed and Entered on October 26, 2018, and Copies To:**

George C. Piemonte  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Stephen F. Dmetruk, Jr.  (via CM/ECF Notice of Electronic Filing)

October 26, 2018                  PETER A. MOORE, JR., CLERK
                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk