UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRIGETTE D. BARFIELD )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>        Defendant. ) | **AMENDED JUDGMENT**<br><br>No. 5:17-CV-314-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties consent motion to amend order regarding payment of attorney fees, coss and expenses under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 8, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,850.00, $20.01 in expenses and $400.00 in filing fees.

**This Judgment Filed and Entered on November 8, 2018, and Copies To:**

George C. Piemonte  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Stephen F. Dmetruk, Jr.  (via CM/ECF Notice of Electronic Filing)

November 8, 2018                    PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk